IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:22-CV-80-D

EXCLUSIVE JETS, LLC, )
)
          Plaintiff, )
)
v. ) ORDER
)
TRAVELCONFIRM AEROLEASE, INC., )
)
          Defendant. )

The court has reviewed Exclusive Jets, LLC's motion to strike and to postpone answer [D.E. 42], its memorandum in support [D.E. 43], and TravelConfirm Aerolease, Inc.'s response in opposition [D.E. 45]. The court DENIES Exclusive Jets, LLC's motion to strike and to postpone answer [D.E. 42].

SO ORDERED. This 15 day of May, 2024.

                                                              JAMES C. DEVER III
                                                              United States District Judge